## WILLYS contᵃ BAKER

Edward Willis Assigne of Robert Oxe plaint. contᵃ Thomas Baker who married with Mary the Relict & Admˣ of the Estate of John Smith late of Boston merchᵗ Defendᵗ in an action of the case for witholding the Summe of One hundred & twenty pounds currant money of New-England due to the plaint. by Obligacion under the hand of sᵈ Smith datᵈ 3ᵈ march. 1676/7 wᵗʰ damages, . . . The Iury . . . found for the plaint. Forfiture of the bond one hundred

and twenty pounds money and costs of Court: The partys both appearing in Court declared they were agreed upon Seventy three pounds money to bee paid in full chancery of this bond without any costs.

Execution issued 10th nov<sup>r</sup> 1679.

[ A copy of the execution against Baker, 10 November, 1679, is in S. F. 1812.1, with the following return:

J Extended this Execution on part of a dwelling house Barn Orchard with Meadow Ground lying in Redding which was shown to me by Thom Baker Jun<sup>r</sup> to be part of the estate of Jn° Smith late of Boston deced as also an Jndian Girle One feather bed one bolster. Two Pillows Two Blanketts, Serge Curtains Vallents & bedsteed fiue Silver Spoons One Small Beaker fiue p<sup>r</sup> of Cotton & Linen sheets Two pr Course holland sheets Seven pewter dishes Twenty pound old Pewter one Bell Mettle Pot, one Jron Pott Two p<sup>r</sup> of Andirons fire shovell & Tongs with Brasses Appraized by M<sup>r</sup> Theophilus Frary & Mr Jn° Wing & since delivered all to m<sup>r</sup> Edw<sup>d</sup> Willys with fees. to the value of seventy four pounds Twelve shillings Nine pence.

Return Waite Marshall

. . . true Copy . . . Js<sup>a</sup> Addington Cler ]